

RECEIVED
MAR 30 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEMARCO D. HAWKINS (#374720) | DOCKET NO. 1:10-cv-1446; SEC.P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases since it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 29th day of MARCH, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE